IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRIEDA BIKELE, Individually and
As Parent and Next Friend of
A.K.B., a minor

   v.                              Civil Action No. DKC 13-1533

ADVENTIST HEALTHCARE, INC.,
et al.

**MEMORANDUM OPINION AND ORDER**

Discovery in this case is ongoing and is scheduled to be completed by June 18, 2014. Within the first six weeks of that lengthy discovery period, Defendants filed a motion for a protective order. (ECF No. 20). For the reasons that follow, the motion will be denied.

In the motion for protective order, Defendants seek authorization to communicate with Plaintiffs' health care providers outside the presence of, and without notice to, Plaintiffs' counsel. Judge Gallagher recently denied a similar motion in *Piehl v. Saheta*, Civ. No. CCB-13-254, 2013 WL 2470128, at *2 (D.Md. June 5, 2013), finding, *inter alia*, that "HIPAA's restrictions on *ex parte* communications do not create as uneven a playing field as [the defendant] contends, as, under HIPAA, defendants can still have access to information through formal discovery requests" and it "does not actually limit a

defendant's ability to obtain protected information because formal discovery is still readily available." Moreover, there are "significant public policy reasons for keeping a plaintiff's sensitive medical information restricted," which HIPAA protects by allowing disclosure of only "expressly authorized, limited, and specifically identified protected health information," rather than unlimited communications. *Piehl*, 2013 WL 2470128, at *2.

Defendants' motion will be denied for essentially the same reasons. No showing has been made as to why the information Defendants would seek from Plaintiffs' health care providers may not be obtained through the ordinary course of discovery.

Accordingly, it is this 27th day of September, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendants' motion for protective order (ECF No. 20) BE, and the same hereby IS, DENIED; and

2. The clerk is directed to transmit copies of this Memorandum Opinion and Order to counsel for the parties.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge